IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-177-FDW-DCK

| | |
|---|---|
| JORDAN DENNIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| OSHKOSH DEFENSE, LLC, OSHKOSH ) | |
| CORPORATION, and GREGORY ANDREW ) | |
| BAKER, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) filed by Paul J. Osowski, concerning Marybeth P. Mantharam, on April 25, 2022. Marybeth P. Mantharam seeks to appear as counsel *pro hac vice* for Defendants Oshkosh Corporation and Oshkosh Defense, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) is **GRANTED**. Marybeth P. Mantharam is hereby admitted *pro hac vice* to represent Defendants Oshkosh Corporation and Oshkosh Defense, LLC.

**SO ORDERED**.

Signed: April 25, 2022

David C. Keesler
United States Magistrate Judge