# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:22-CV-177-FDW-DCK

| | |
|---|---|
| **JORDAN DENNIS,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **OSHKOSH DEFENSE, LLC,** | ) |
| **OSHKOSH CORPORATION,** and | ) |
| **GREGORY ANDREW BAKER,** | ) |
| **Defendant.** | ) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion For Leave To File First Amended Complaint…" (Document No. 15). This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, applicable authority, and Defendants' consent, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion For Leave To File First Amended Complaint…" (Document No. 15) is **GRANTED**. Plaintiff shall file a First Amended Complaint on or before **June 8, 2022**.[1]

Signed: June 6, 2022

David C. Keesler
United States Magistrate Judge

---

[1] The "Administrative Procedures Governing Filing and Service by Electronic Means," revised January 1, 2018, at Part II, Section A, Paragraph 8, provide that: "If filing a document requires leave of the Court, such as an amended complaint, the attorney shall attach the proposed document as an exhibit to the motion according to the procedures in IV. If the Court grants the motion, the filer will be responsible for electronically filing the document on the case docket."