IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-177-FDW-DCK

| JORDAN DENNIS, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| OSHKOSH DEFENSE, LLC, ET AL., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 25) filed by Denise L. Bessellieu, concerning Danielle C. Le Jeune, on July 29, 2022. Danielle C. Le Jeune seeks to appear as counsel *pro hac vice* for Defendants Tactical Workforce Solutions, Inc. and Tactical Workforce Solutions, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 25) is **GRANTED**. Danielle C. Le Jeune is hereby admitted *pro hac vice* to represent Defendants Tactical Workforce Solutions, Inc. and Tactical Workforce Solutions, LLC.

**SO ORDERED**.

Signed: July 29, 2022

David C. Keesler
United States Magistrate Judge